UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RODNEY J. DAWNKASKI,

                Plaintiff,

v.                                Case No.  5:11-cv-500-Oc-10TBS

BP RETIREMENT ACCUMULATION PLAN,
as successor Plan Administrator for Burmah
Specialty Chemicals Pension Plan,

                Defendant.

## ORDER

Pending before the Court is Plaintiff's Motion to Extend Time for Service of Summons (60Days) (Doc. No. 3).  Counsel for Plaintiff represents that he has been in touch with counsel for the Defendant and defense counsel has agreed to accept service of process on behalf of his client.  Upon due consideration, Plaintiff's motion is hereby GRANTED, Plaintiff has an additional 60 days from the rendition of this Order within to serve original process on the Defendant.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 9, 2012.

                                                    THOMAS B. SMITH
                                                    United States Magistrate Judge

Copies to all Counsel of Record