**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**RODNEY J. DAWNKASKI,**

    **Plaintiff,**

v.                                                            **Case No:  5:11-CV-500-Oc-10PRL**

**BP RETIREMENT ACCUMULATION
PLAN**

    **Defendant.**
_____/

## ORDER

Pending before the Court is Plaintiff's Response to Order to Show Cause and Motion to Extend Service of Process (Sixty Days).  (Doc. 7.)  Pursuant to Rule 4(m), Fed. R. Civ. P., service of the summons and complaint must be made within 120 days after filing the complaint.  However, the Court has discretion to extend the time for service. *See* Rule 4(m), Fed. R. Civ. P.; *Horenkamp v. Van Winkle and Co.*, 402 F.3d 1129, 1132-33 (11th Cir. 2005) (holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause).

On January 9, 2012, the Court granted Plaintiff a sixty-day extension of time to perfect service on Defendant because Plaintiff represented that Defendant's counsel had agreed to accept service.  (Doc. 4.)  On September 5, 2012, the Court issued an Order to Show Cause as to why the case should not be dismissed for lack of prosecution.  (Doc. 6.)  Plaintiff responded to the Order (Doc. 6) and filed the instant motion requesting an additional sixty (60) day extension to perfect service on Defendants.  (Doc. 7.)  Plaintiff expresses that there was some miscommunication or

misunderstanding between Plaintiff's counsel and Defendant's counsel regarding acceptance of service.

Under these circumstances, Plaintiff's Motion (Doc. 7) is **GRANTED** to the extent that Plaintiff shall have a **thirty (30) day** extension to effectuate service on Defendant. Accordingly, on or before **October 22, 2012**, Plaintiff shall serve Defendant.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on September 21, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties